# EXHIBIT 1

## E-ZPass Customer Service Agreement

**Virginia E-ZPass Terms and Conditions AGREEMENT**

Subject to the terms of this Agreement, the *E-ZPass* Customer Service Center (Service Center) agrees to provide a transponder *(Standard E-ZPass or E-ZPass Flex)* to the User who in turn may use it to obtain passage on toll roads accepting *E-ZPass*.

### USE OF THE E-ZPASS

User agrees:

1. a) The E-ZPass transponder is the property of VDOT.
2. b) To install the *E-ZPass* in accordance with the *E-ZPass* Installation Instructions. If failure to properly install the *E-ZPass* results in a toll violation, the user is subject to the full (non-discounted) toll and any administrative fees.
3. c) To proactively maintain a positive *E-ZPass* account balance.
4. d) That failure to maintain a positive *E-ZPass* balance could result in unpaid tolls, denied passage, violations, administrative fees and/or a court summons depending on the circumstances.
5. e) Not to exceed posted speeds at toll plazas and posted speed limits on open road toll facilities with no toll plazas.
6. f) That the *E-ZPass* Service Center shall have no obligation or liability to the User with respect to use or performance of the *E-ZPass*. User agrees to indemnify and hold the *E-ZPass* Service Center, the Commonwealth of Virginia, and all other operating agencies, their agents, representatives and respective employees harmless from and against any and all damage, loss, cost, expense, injury or liability relating to, arising from, or as a result of the use of, or the performance of the *E-ZPass*, or as a result of inaccurate *E-ZPass* User account inf
7. g) To be fully responsible for any and all charges arising from the use of each *E-ZPass* until such time as User either surrenders the *E-ZPass* transponder or reports it lost/stolen to the *E-ZPass* Service Center.
8. h) To use the *E-ZPass* only for the vehicle class for which the *E-ZPass* was issued. Use of the *E-ZPass* on a vehicle with a different number of axles, vehicle weight (over or under 7000 lbs), or tire configuration (duals) is a violation of this Agreement, may be a violation of applicable law and may result in additional charges, including administrative fees and/or termination of this Agreement.
9. i) To maintain a safe following distance of at least one vehicle length when passing through tolling points.
10. j) Not to dispute *E-ZPass* charges that are more than 6 months old.
11. k) That NO RECEIPT will be given at the lane for *E-ZPass* transactions.
12. l) To provide the *E-ZPass* Service Center with current, accurate and complete personal information to include, name, phone number(s), mailing address, email address, driver's license number and State, replenishment information, vehicle information, and license plates for all vehicles that will use the *E-ZPass*, and provide accurate and complete updates when information changes.

13. m) That any account with five (5) or more transponders will be required to utilize automatic required to utilize automatic replenishment.
14. n) Not to travel with more than one *E-ZPass* in a single vehicle.
15. o) To be fully aware of specific Facility Terms of Use for each Toll Facility used prior to travel and to use the *E-ZPass* in accordance with the specific Facility Terms of Use. These Terms of Use can be found on the Toll Facility's web site which can be reached via www.EZPassVA.com.

## PREPAID ACCOUNT

User agrees to maintain a Prepaid Account with the Service Center to cover User's applicable tolls, charges and fees as described in this Agreement. Failure to maintain a positive balance shall constitute a breach of this Agreement and may subject the User to the loss of discounts, administrative costs, any unpaid toll charges as determined by the Virginia Department of Transportation (VDOT), the Toll Facility or any State where usage occurred, and termination of this agreement. User agrees that it is their responsibility to monitor their usage and account balance. *E-ZPass* provides a variety of means for checking account balances (including but not limited to quarterly and monthly statements, online review, and low balance yellow light indicators at some locations) and will attempt to notify the customer via balance alerts as a courtesy. *E-ZPass* shall not be responsible for any consequences arising as a result of failure to maintain a positive account balance. User shall be responsible for any violations, fees, claims, tolls and/or any other charges assessed as a result of failure to maintain a positive balance. No interest shall be paid on Prepaid Account balances.

## ACCOUNT INACTIVITY

Users who do not use their account for toll payment for period of six months may be subject to account closure. Users who fail to return their transponders shall be subject to the lost/stolen fee and further collection procedures and legal action by the Commonwealth of Virginia to collect any outstanding balance. Any unclaimed balances will be treated as unclaimed property in accordance with the laws of the Commonwealth of Virginia.

## E-ZPASS FLEX

*E-ZPass Flex* transponders provide additional functionality to permit users to identify when their vehicle can be classified as High Occupancy Vehicle (HOV) for the purposes of obtaining a discount on those facilities that support the additional *Flex* functionality. Any User of *Flex* transponders agrees:

1. a) To only activate the HOV switch when it is safe to do so. For maximum safety, the transponder should be set to the desired switch position before starting, and not during, a trip that will pass through the Toll Facility.
2. b) To only place the transponder in HOV mode when there are three or more people in the vehicle.
3. c) That the use of the transponder in HOV mode with less than three people in the vehicle on a Toll Facility offering a corresponding discount may result in enforcement by the

4. d) The *Flex* will function as a standard *E-ZPass* transponder regardless of switch position on Toll Facilities which do not support the *Flex* functionality.
5. e) Beginning on July 1st, 2015, users who have not used their Flex functionality for HOV transactions on Express Lanes for any prior six month period will be required to exchange the Flex transponder for a standard transponder (at no cost) or be subject to a one-time transponder functionality upgrade charge of $10. Transponders obtained prior to October 1, 2014 will not be subject to this provision.

(continued from previous page: Virginia State Police and additional charges, including administrative fees, court penalties, fines and/or termination of this Agreement.)

## RETAIL TRANSPONDERS

*E-ZPass On-the-Go* Transponders that are obtained from a retailer must be registered by providing *E-ZPass* account holder information in order to obtain the full balance. Failure to register an *E-ZPass On-the-Go* retail transponder within 48 hours of first use may result in the invalidation of the transponder. It may take up to 48 hours after registration to reactivate an invalid transponder.

## TOLLS, CHARGES AND FEES

An *E-ZPass* User's Prepaid Account will be reduced by charges for:

1. a) Applicable tolls charged each time the *E-ZPass* is used to obtain passage on, continue upon, or exit from an *E-ZPass* or participating *E-ZPass* collection area.
2. b) **Statement Fees:** Quarterly summary statements are available to the User at no charge. Monthly detailed statements are available by mail for $2.00 per each complete or partial group of three *E-ZPass* transponders in the account. Monthly detailed statements are available online for $1.00 per account.
3. c) Any other fees or costs chargeable under this Agreement, including but not limited to returned check fees, credit card decline fees, lost, stolen or damaged *E-ZPass* costs, unpaid tolls, associated administrative costs and legal fees.

## REPLENISHMENT THRESHOLD

A Low Balance occurs whenever the account balance drops to or below the established account Replenishment Threshold (minimum $10.00 per *E-ZPass*). The initial Replenishment Threshold should be based on at least three days of anticipated usage. The Service Center reserves the right to increase the replenishment threshold based on User's usage patterns to aid in the maintenance of the accounts.

## ACCOUNT REPLENISHMENT

Whenever the *E-ZPass* prepaid balance drops to or below the Replenishment Threshold, User agrees to replenish account by one of the following methods.

1. a) **Automatic account replenishment by credit/debit card or ACH (direct bank debit):** User's credit/debit card or bank account registered in the *E-ZPass* account will be charged a Replenishment Amount. The Replenishment Amount will be either the average monthly usage or $35.00 per *E-ZPass*, whichever is greater. The Customer Service Center reserves the right to increase the *E-ZPass* account replenishment amount to compensate for usage patterns without notifying the User. If your credit/debit card or automatic checking account debit is declined more than once, you may become ineligible for auto replenishment. If an *E-ZPass* User with automatic replenishment receives a Low Balance notification in a toll lane for more than 24 hours, then User must call the Service Center to update account information.
2. b) **Manual *E-ZPass* account replenishment:** User must replenish their account once it reaches low balance in order to maintain a positive balance and avoid interruption in service. The minimum Replenishment Amount required for credit card replenishment is $35.00 per *E-ZPass*. *E-ZPass* Service Centers do not accept starter checks or checks that do not include a pre-printed address. If check payments are returned by the bank, the *E-ZPass* User will be liable for a returned check fee of $35.00 and may be required to replenish their *E-ZPass* account with certified funds, credit card or cash.

## DAMAGED E-ZPASS

The *E-ZPass* is the property of VDOT. Any *E-ZPass* that has been altered, defaced or damaged in any manner will result in a fee of $10.00 for each Standard *E-ZPass* transponder and $20.00 for each *E-ZPass Flex* transponder.

## LOST OR STOLEN E-ZPASS

User must notify the *E-ZPass* Service Center immediately of any lost or stolen *E-ZPass*, identifying the *E-ZPass* by serial number. Until the *E-ZPass* Service Center is notified, the *E-ZPass* User will continue to be responsible for charges. Once notified, the Service Center will invalidate the *E-ZPass*. The *E-ZPass* User shall be responsible for the cost of the lost or stolen *E-ZPass* ($10.00 for each Standard transponder and $20.00 for each *Flex* transponder). The fee will be waived if the *E-ZPass* User provides a copy of an official police report indicating that the *E-ZPass* was stolen.

## TERMINATION

The *E-ZPass* Service Center and/or *E-ZPass* User may terminate this Agreement at any time. Upon termination of this Agreement, the *E-ZPass* User must promptly return all *E-ZPass*(es) in original condition, less normal wear to the *E-ZPass* Service Center, or make payment for any lost or stolen transponders. A refund will be processed within 65 days for any balance remaining in the User's

*E-ZPass* account, less any amounts owed under this Agreement. If the *E-ZPass* User's account balance is insufficient to cover charges, the *E-ZPass* User will be liable for all such amounts, and may become liable for additional service charges, fines, or penalties in accordance with applicable law if such unpaid charges are not promptly paid.

**PRIVACY POLICY**

It shall be the policy that VDOT shall only collect and retain *E-ZPass* patron information that is absolutely necessary and essential in order to properly conduct and record *E-ZPass* financial transactions. Information collected by VDOT relative to individual *E-ZPass* customer usage shall only be released:

1. a) In response to a bona fide court order/subpoena for information;
2. b) At the request of the individual *E-ZPass* account owner(s);
3. c) To collect unpaid tolls.

VDOT may provide *E-ZPass* patron usage data in summary form to assist in transportation research. However, under no circumstance will individual customer information be disclosed to any nonaffiliated third parties for use in telemarketing, direct mail marketing, or other marketing through electronic mail to customers. VDOT is subject to federal and state statutory requirements and may amend its *E-ZPass* privacy policy at any time without notice in accordance with applicable statutory requirements.

**OTHER TERMS AND CONDITIONS**

It is expressly understood and agreed that an *E-ZPass* User authorizes the Service Center to access User's credit card, debit card or ACH and make charges authorized under this Agreement. An *E-ZPass* User expressly understands and agrees that the *E-ZPass* Service Center shall not be liable to an *E-ZPass* User for any damages resulting from these actions. Additionally, the *E-ZPass* Service Center shall not be liable for:

1. a) Any incidental, indirect, special or consequential damages, including but not limited to, loss of use, revenues, profits or savings, even if the *E-ZPass* Service Center knew or should have known of the possibility of such damages; or
2. b) Claims, demands, or actions against an *E-ZPass* User by any person, corporation, or other legal entity resulting from the use of the *E-ZPass*(es), credit report inquiry, check authorization and/or charging of the *E-ZPass* User's credit card, debit or check card. *E-ZPass* Users who elect to provide funds via automatic draft drawn directly against account deposits agree to be responsible for the adequacy of those funds to satisfy all amounts drawn against them.

The *E-ZPass* Service Center may change the terms of this Agreement at any time by providing written notice to the *E-ZPass* User. If the *E-ZPass* is used after an *E-ZPass* User receives notice of the new terms of this Agreement, then the *E-ZPass* User shall be bound by the new *E-ZPass* terms. For purposes of this Agreement, the *E-ZPass* User shall be deemed to have received notice 10 days after the notice is either emailed or deposited with the United States Postal Service, postage prepaid, addressedto the *E-ZPass* User at the most recent address registered on the *E-ZPass* User's account record at the *E-ZPass* Service Center.

The captions used in this Agreement have been inserted for convenience and for reference only and shall not be deemed to limit or define the text of this Agreement. The provisions of this

Agreement are severable, and if any provision or part of this Agreement or the application thereof to any person or circumstance shall ever be held by any court of competent jurisdiction to be invalid or unconstitutional for any reason, the remainder of this Agreement and the application of such provision or part of this Agreement to other persons or circumstances shall not be affected. **For the purpose of giving any and all notice(s) to the *E-ZPass* Service Center required under the provisions of this Agreement, User shall use the following mailing address:**

***E-ZPass* VA Customer Service Center**

**P.O. Box 1234**

**Clifton Forge, VA 24422-1234**