```
            IN THE UNITED STATES DISTRICT COURT FOR THE
                    EASTERN DISTRICT OF VIRGINIA

                         Alexandria Division


JO-ANN BROWN, et al.            )
                                )
    Plaintiffs,                 )
                                )
        v.                      )   1:15cv494(JCC/MSN)
                                )
TRANSURBAN USA, INC., et al.    )
                                )
    Defendants.                 )
```

**O R D E R**

For the reasons stated in the accompanying Memorandum Opinion, it is HEREBY ORDERED that:

(1) Transurban Defendants' Motion to Dismiss [41] is GRANTED with respect to Plaintiffs' Claims Three and Four, and DENIED with respect to Plaintiffs' Claims One, Two, Six, Seven, and Eight;

(2) Defendant Faneuil, Inc.'s Motion to Dismiss [44] is GRANTED with respect to Plaintiffs' Claims Four, Six, and Seven, and DENIED with respect to Plaintiffs' claims Five and Eight;

(3) Defendant Law Enforcement Services, LLC's Motion to Dismiss [49] is GRANTED with respect to Plaintiff's claims Four, Six, and Seven, and DENIED with respect to Plaintiff's claims Five and Eight;

1

(4) Plaintiffs' Claim Three, for substantive due process violations, is DISMISSED WITHOUT PREJUDICE;

(5) Plaintiff's Claim Four, for unjust enrichment, is DISMISSED WITHOUT PREJUDICE;

(6) Plaintiff's Claim Six, for violations of the Maryland Consumer Protection Act, is DISMISSED WITHOUT PREJUDICE only as to Defendants Faneuil, Inc. and Law Enforcement Services, LLC;

(7) Plaintiffs' Claim Seven, for violations of the Virginia Consumer Protection Act, is DISMISSED WITHOUT PREJUDICE only as to Defendants Faneuil, Inc. and Law Enforcement Services, LLC;

(8) Plaintiffs' request for leave to amend the Complaint is GRANTED;

(9) Plaintiffs' shall file an amended Complaint no later than November 10, 2015;

(10) Defendants shall file a responsive pleading no later than November 20, 2015; and

(11) The Clerk of Court shall forward copies of this

Order and the accompanying Memorandum Opinion to all counsel of record.

This matter is continued.

It is SO ORDERED.

|  | /s/ |
|---|---|
| November 2, 2015 | James C. Cacheris |
| Alexandria, Virginia | UNITED STATES DISTRICT COURT JUDGE |

3