IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| JO-ANN BROWN, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 1:15cv494(JCC/MSN) |
| ) | |
| TRANSURBAN USA, INC., et al. ) | |
| ) | |
| Defendants. ) | |

### **O R D E R**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED:

(1) Class Counsel's Motion for Attorneys' Fees and Costs in the amount of $675,000 and Service Awards totaling $3,150 [Dkt. 104] is GRANTED;

(2) The Clerk of Court shall forward a copy of this Order to all counsel of record.

It is SO ORDERED.

/s/
September 29, 2016         James C. Cacheris
Alexandria, Virginia    UNITED STATES DISTRICT COURT JUDGE