**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | |
|---|---|
| JO-ANN BROWN, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>TRANSURBAN USA, INC., et al. )<br>)<br>)<br>Defendants. )<br>) | **Civil Action No.: 1:15-CV-00494-JCC-MSN** |

## **JUDGMENT**

Pursuant to the Memorandum Opinion and Order entered on Thursday, September 29, 2016, and in accordance with Rule 54(b), Fed. R. Civ. P., JUDGMENT is hereby entered in accordance with the settlement agreement.

Alexandria, Virginia
October 6, 2016

                                                       FERNANDO GALINDO
                                                       Clerk

                                                          /s/ M. Pham
                                                      Courtroom Deputy